UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **52 SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**JEFFERSON BEACH YACHT SALES, INC., ET AL.,**<br><br>Defendants. | 2:19-CV-13172-TGB-EAS<br><br>**ORDER SHIFTING COSTS, REQUIRING MEET AND CONFER SESSIONS, AND DIRECTING THE PARTIES TO MEDIATION** |

On October 19, 2021, the Court held a show cause hearing regarding statements made at a prior status conference. As indicated on the record, the parties are **ORDERED** to proceed as follows.

- Defendants shall reimburse Plaintiff for their portion of fees related to the April 16, 2021 mediation.

- Counsel for all parties shall meet at least three times within thirty days of the entry of this Order to conduct good faith settlement negotiations. Each meeting must be of sufficient duration to afford the parties a meaningful and effective opportunity to communicate, share information, and make progress.

1

- The parties shall submit a joint notice to the Court on or before November 21, 2021 reporting the amount of time spent in each meeting and what the results of the discussions were.
- If these discussions are unsuccessful in reaching a settlement, the parties shall select a mediator by no later than November 15, 2021 and complete their mediation by no later than December 15, 2021. The parties shall submit a joint notice to the Court by November 15, 2021 indicating the name of their chosen mediator and the date of the planned mediation.
- The Court will issue a scheduling order indicating that parties have until March 15, 2022 to complete any remaining discovery and April 15, 2022 to file any dispositive motions.

**IT IS SO ORDERED,** this 20th day of October, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge