UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **52 SOLUTIONS, LLC,**  Plaintiff,  vs.  **JEFFERSON BEACH YACHT SALES, INC., ET AL.,**  Defendants. | 2:19-CV-13172-TGB-EAS  ORDER REQUIRING SHIFTING OF MEDIATION FEES |

On October 20, 2021, the Court ordered Defendants[1] to jointly reimburse Plaintiff for its portion of fees related to the Parties' April 16, 2021 mediation. ECF No. 68. The Court is advised that as of November 21, 2021, Defendants have not complied with this Order. *See* ECF No. 79. Accordingly, Defendants are hereby **ORDERED** to complete this payment by no later than December 6, 2021. To ensure compliance with this order, a penalty of $200 per day will be assessed against Defendants for each day Plaintiff's mediation fees are unpaid after December 6. Such penalty shall be payable to the Clerk of the Court. Parties shall notify the Court by e-mail as soon as payment has been completed.

**SO ORDERED,** this 30th day of November, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[1] This does not include Defendant James Berns. *See* ECF No. 80.